**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 30, 2015

Hon. Von H. Shelton
Attorney At Law
2038 E. Mulberry St.
Angleton, Tx 77515-3923
* DELIVERED VIA E-MAIL *

Hon. Bernard T. Klimist
Attorney At Law
204 E. Santa Rosa St.
Victoria, TX 77901
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00003-CV
Tr.Ct.No. 10-1-13638
Style:   ABEL MORENO v. KENNETH W. LANGSTON

Appellee's motion for rehearing en banc in the above cause was this day DENIED by this Court.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch